UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 15-cv-1185 ADM/TNL

| | |
|---|---|
| D. Weber,<br><br>            Plaintiff,<br>v.<br><br>Diversified Adjustment Service, Inc.,<br><br>            Defendant. | **NOTICE OF DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto as to Defendant.

Dated this 8th day of April, 2015.

By: s/Thomas J. Lyons Jr._____
Thomas J. Lyons, Jr., Esq.
**CONSUMER JUSTICE CENTER, P.A.**
Attorney I.D. #:  0249646
367 Commerce Court
Vadnais Heights, MN 55127
Telephone:  (651) 770-9707
Facsimile:  (651) 704-0907
tommycjc@aol.com

*ATTORNEY FOR PLAINTIFF*

1